**FEJERANG_L.ord**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAURA JEAN FEJERANG,<br><br>Defendant. | CRIMINAL CASE NO. 97-00125<br><br>**O R D E R**<br><br>Re: United States Petition to Change Restitution Recipient Payee Name |

Based upon the Plaintiff's Petition to Change Restitution Recipient Payee Name, the Court hereby orders the payee name of the restitution recipient changed from Arkansas System, Inc. to Euronet USA, Inc. *nunc pro tunc* to April 19, 2002 .

**IT IS SO ORDERED**.

/s/ Frances M. Tydingco-Gatewood
 Chief Judge
**Dated: Jun 06, 2007**