**FEJERANG_L.taxgar2**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00125 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING COURT APPROVAL FOR THE DISTRICT COURT CLERK TO ISSUE A WRIT OF GARNISHMENT** |
| LAURA JEAN FEJERANG, | ) | |
| Defendant, | ) | |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, | ) | |
| Garnishee. | ) | |

<u>ORDER</u>

IT IS SO ORDERED that the Clerk of the United States District Court, on the application the United States of America, plaintiff, and in accordance with 28 U.S.C. § 3205 is granted this Court's approval to issue a Writ of Garnishment against Defendant Judgment Debtor LAURA JEAN FEJERANG in the above cited action.

SO ORDERD.

**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
    **Dated: May 07, 2008**