1 | **FEJERANG_L.taxgar3**

2 | LEONARDO M. RAPADAS
United States Attorney
3 | JESSICA F. CRUZ
Assistant U.S. Attorney
4 | MIKEL W. SCHWAB
Assistant U.S. Attorney
5 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
6 | Hagåtña, Guam 96910
TEL: (671) 472-7332
7 | FAX: (671) 472-7215

**FILED**
DISTRICT COURT OF GUAM

MAY 0 9 2008 ~~~

**JEANNE G. QUINATA**
**Clerk of Court**

8 | Attorney's for United States of America

9 |

IN THE UNITED STATES DISTRICT COURT

10 |

FOR THE DISTRICT OF GUAM

11 |

12 | UNITED STATES OF AMERICA, )

CRIMINAL CASE NO. 97-00125

13 |                Plaintiff, )

**WRIT OF GARNISHMENT;**
14 |       vs.             )
**INSTRUCTIONS TO THE**
**GARNISHEE**
15 |                )

16 | LAURA JEAN FEJERANG, )

            Defendant, )
17 |

18 | DEPARTMENT OF REVENUE )
  AND TAXATION, )
19 | GOVERNMENT OF GUAM, )

          )
20 |          Garnishee. )

21 |

22 |

23 | GREETINGS TO:    Department of Revenue & Taxation
                    Attn.: Artemio B. Ilagan, Director
24 |                     P.O. Box 23607
                    GMF, Guam 96921
25 |

26 |      An application for a Writ of Garnishment against the property of Defendant-Judgment

27 | Debtor LAURA JEAN FEJERANG, Social Security Number XXX-XX-5236, whose last known

28 | address is: Yigo, Guam 96929, (hereinafter "Debtor"), has been filed with this Court. An

ORIGINAL

1   amended judgment in a criminal case was filed against the Debtor on August 14, 2007 and the

2   amount due totals $94,003.86, as of April 29, 2008 ($60,025.00 principal + $33,978.86 int. to

3   4/29/2008).

4   You are required by law to answer in writing, under oath, and within ten (10), after

5   receipt of this writ, the following information: (1) Whether or not you have in your custody,

6   control or possession, any property or money owned by the Debtor, including nonexempt,

7   disposable earnings; (2) A description of such property and the value of the property; (3) A

8   description of any previous garnishment to which such property is subject and the extent to

9   which any remaining property is not exempt; and (4) The amount of the debt you anticipate

10  owing to the Debtor in the future and whether the period for payment will be weekly or another

11  specified period.

12  **You are also required by law to withhold and retain any property in which the**

13  **Debtor has a substantial nonexempt interest for which you are or may become indebted to**

14  **the Debtor pending further order of the Court.**

15  You must file the original written answer to this writ within ten (10) days of your receipt

16  of this writ with the United States District Clerk at: District Court of Guam, 4th Floor,

17  U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam 96910. YOU MUST ANSWER

18  THE WRIT EVEN IF YOU DO NOT HAVE IN YOUR CUSTODY, CONTROL OR

19  POSSESSION ANY PROPERTY OF THE DEFENDANT. Additionally, you are required by

20  law to serve a copy of this answer upon the debtor at:    Yigo, Guam 96929 and upon the United

21  States Attorney at: U.S. Attorney's Office, Attn.:   Jessica F. Cruz, Assistant U.S. Attorney, and

22  Mikel W. Schwab, Assistant U.S. Attorney, Sirena Plaza, Suite 500, 108 Hernan  Cortez Avenue

23  , Hagåtña, Guam   96910.

24  Under the law, there is property which is exempt from this writ of Garnishment.  Property

25  which is exempt and which is not subject to this order is listed on the attached Claim for

26  Exemption form.

27  //

28  //

- 2 -

1    If you fail to answer this writ or withhold property in accordance with this writ, the

2  United States of America may petition the Court for an order requiring you to appear before the

3  Court to answer the writ and to so withhold the property before the appearance date. If you fail

4  to appear or do appear and fail to show good cause why you failed to comply with this writ, the

5  Court may enter a judgment against you for the value of the Debtor's non-exempt interest in such

6  property (including nonexempt disposable earnings). The Court may also award a reasonable

7  attorney's fee to the United States and against you if the writ is not answered within the time

8  specified herein and if the United States files a petition requiring you to appear. It is unlawful to

9  pay or deliver to the Debtor any item attached by this writ.

10    DATED _____ **MAY 0 9 2008** _____, Hagåtña, Guam.

11

12

13    JEANNE G. QUINATA
      Clerk of Court

14

15    _Marilyn B. Aleon_

16    Deputy Clerk
      District Court of Guam

17

18

19

20

21

22    

23

24    RECEIVED
      MAY 07 2008
      DISTRICT COURT OF GUAM
      HAGATNA, GUAM

25

26

27

28

- 3 -

1  TO:  Department of Revenue & Taxation
          Attn.: Artemio B. Ilagan, Director
2         P.O. Box 23607
          GMF, Guam 96921
3

4         Please read the following instructions regarding the steps you must take to comply with

5   this Writ. For additional information, you may want to contact your attorney or the attorney for

6   the United States identified in Paragraph 5.

7

8                        **INSTRUCTIONS TO THE GARNISHEE**

9

10        1.      The name, last known address and Social Security Number of the person who is

11  the defendant in this action and whose property is subject to this Writ is:

12                        LAURA JEAN FEJERANG
                          Yigo, Guam 96929
13                        SSN XXX-XX-5236

14        2.      This Writ has been issued at the request of the United States of America to

15  enforce the collection of a criminal judgment entered in favor of the United States against the

16  defendant. The amount of the judgment as of April 29, 2008 is $94,003.86.

17        3.      If you have in your custody, control or possession any property or money of the

18  defendant, including wages, salary or commissions, or if you obtain custody, control or

19  possession of such property while this Writ is in effect, you must immediately withhold the

20  property from the defendant and retain it in your possession until you receive instructions from

21  the Court which will tell you what to do with the property and which will notify you when this

22  Writ is no longer in effect. The United States requests that the sum of 25% of the defendant's

23  monthly non-exempt disposable earnings be withheld from the defendant's earnings.

24        4.      You are required to answer this Writ within 10 days after the service of the Writ

25  upon you. YOU MUST ANSWER THE WRIT EVEN IF YOU DO NOT HAVE IN YOUR

26  CUSTODY, CONTROL OR POSSESSION ANY PROPERTY OF THE DEFENDANT. Your

27  Answer must state, under oath, the following information:

28

- 4 -

1                 a.      whether you have custody, control or possession of

2                           money or earnings of the defendant;

3                 b.      a description of the money or earnings and amount;

4                 c.      a description of any other garnishments, suggestions

5                           or levies to which the earnings are subject and the

6                           extent to which any remaining earnings are exempt

7                           from garnishment, suggestion or levy;

8                 d.      the amount of any earnings you anticipate owing the

9                           defendant in the future and the date on which

10                        payment will be made; and

11               e.      a description of any earnings you anticipate will

12                        come into your custody, control or possession and

13                        the dates on which such custody, control, or

14                        possession will occur.

15       5.      After you complete the answer under oath, you must mail or deliver an answer

16 bearing the **original** signature plus one copy of the person preparing the answer to:

17                 District Court of Guam
                         4th Floor, U.S. Courthouse
18                 530 West Soledad Avenue
                         Hagåtña, Guam   96910
19
      At the same time you mail or deliver the answer to the Clerk, you must also mail or
20
deliver copies of the answer to:
21                      Jessica F. Cruz
22                 Assistant U.S. Attorney
                       Mikel W. Schwab
23                 Assistant U.S. Attorney
                       U.S. Attorney' Office
24                 Districts of Guam and the NMI
                       Attn: Financial Litigation Unit
25                 Sirena Plaza, Suite 500
                       108 Hernan Cortez Avenue
26                 Hagåtña, Guam   96910

27                 Laura Jean Fejerang
                       Yigo, Guam 96929
28

1      6.     If you have any questions, you should contact your attorney.  You may also

2 contact a representative of the United States at the following address and telephone number:

3               Marie Chenery
               Financial Litigation Unit
4               Sirena Plaza, Suite 500
               108 Hernan Cortez Avenue
5               Hagåtña, Guam   96910
               TEL: (671) 472-7332, ext 122
6               FAX: (671) 472-7215

7      7.     IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN

8 ACCORDANCE WITH THE WRIT, THE UNITED STATES MAY PETITION THE COURT

9 FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER

10 THIS WRIT AND TO SO WITHHOLD PROPERTY BEFORE THE APPEARANCE DATE.

11        IF YOU FAIL TO APPEAR, OR YOU APPEAR AND FAIL TO SHOW GOOD

12 CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER

13 JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTORS'S NONEXEMPT

14 INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS).

15        THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO

16 THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN

17 THE TIME SPECIFIED HEREIN AND IF THE UNITED STATE FILES A PETITION

18 REQUIRING YOU TO APPEAR.

Case 1:97-cr-00125   Document 45-2   Filed 05/09/2008   Page 6 of 8

# CLAIM FOR EXEMPTION FORM
## EXEMPTIONS UNDER FEDERAL LAW (18 U.S.C. § 3613)

NOTE: 18 U.S.C. § 3613(a), the federal statute governing liens arising from criminal fines and restitution obligations, generally incorporates the exemptions available to individual taxpayers under the Internal Revenue Service Code.

I claim that the exemption(s) from enforcement which are checked below apply in this case:

_____    1.    Wearing apparel and school books.--Such items of wearing apparel and such school books as are necessary for the debtor or for members of his family.

_____    2.    Fuel, provisions, furniture, and personal effects.--So much of the fuel, provisions, furniture, and personal effects in the Debtor's household, and of the arms for personal use, livestock, and poultry of the debtor, as does not exceed **$6,250** in value.

_____    3.    Books and tools of a trade, business, or profession.--So many of the books, and tools necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate **$3,125** in value.

_____    4.    Unemployment benefits.--Any amount payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or of the Commonwealth of Puerto Rico.

_____    5.    Undelivered mail.--Mail, addressed to any person, which has not been delivered to the addressee.

_____    6.    Certain annuity and pension payments.--Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. 1562), and annuities based on retired or retainer pay under Chapter 73 of Title 10 of United States Code.

_____    7.    Workmen's Compensation.--Any amount payable with respect to compensation (including any portion thereof payable with respect to dependents) under a workmen's compensation law of the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico.

_____    8.    Judgments for support of minor children.--If the debtor is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment.

_____    9.    Certain service-connected disability payments.-- Any amount payable to an individual as a service-connected (within the meaning of section 101(16) of Title 38, United States Code) disability benefit under--(A) subchapter II, III,IV, V, or VI of Chapter 11 of such Title 38 or (B) Chapter 13, 21, 23, 31, 32, 34, 35,37, or 39 of such Title 38.

_____    10.    Assistance under Job Training Partnership Act.
--Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. 1501 et seq.) from funds appropriated pursuant to such Act.

_____ 11.    Minimum exemptions for wages, salary and other income. The exemptions under 26 U.S.C. § 6334(a)(9) do not apply in criminal cases. The exceptions under the Consumer Credit Protection Act, 15 U.S.C. § 1673, for disposable earnings, automatically apply and do not need to be claimed. The aggregate disposable earnings of an individual for any workweek which is subjected to garnishment may not exceed (1) 25 % of his disposable earnings for that week, or (2) the amount by which his disposable earnings for that week exceed thirty times the Federal minimum hourly wage in effect at the time the earnings are payable, whichever is less.

The statements made in this claim of exemptions and request for hearing as to exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.

_____    I hereby request a court hearing to decide the validity of my claims. Notice of the hearing should be given to me by mail at:

( _____ ) or telephonically at ( _____ )
       Address                                            Phone No.

_____
Debtor's printed or typed name

_____
Signature of debtor          Date