1    **FEJERNAG_L.TaxGarSvc**

2    LEONARDO M. RAPADAS
     United States Attorney
3    JESSICA F. CRUZ
     Assistant U.S. Attorney
4    MIKEL W. SCHWAB
     Assistant U.S. Attorney
5    Sirena Plaza, Suite 500
     108 Hernan Cortez Avenue
6    Hagåtña, Guam   96910-5059
     TEL:  (671) 472-7332
7    FAX:  (671) 472-7215

8    Attorneys for United States of America

9
                     IN THE UNITED STATES DISTRICT COURT
10
                         FOR THE DISTRICT OF GUAM
11

12
     UNITED STATES OF AMERICA,          )      CRIMINAL CASE NO. 97-00125
13                                       )
                     Plaintiff,          )
14                                       )
             vs.                         )      **CERTIFICATE OF SERVICE**
15                                       )
     LAURA JEAN FEJERANG,                )
16                                       )
                     Defendant,          )
17    _____)
                                         )
18   DEPARTMENT  OF REVENUE              )
          AND TAXATION,                  )
19   GOVERNMENT OF GUAM,                 )
                                         )
20                   Garnishee.          )
      _____)
21

22

23           I hereby certify that on **April 30, 2008**, I electronically filed **Application for Writ of**

24   **Garnishment** and on **May 13, 2008**, I electronically filed **Notice to Defendant-Judgment**

25   **Debtor on How to Claim Exemptions** with the Clerk of Court using the CM/ECF system and

26   filed copies of the following:  **Application for Writ of Garnishment, Order Granting**

27   //

28   //

1 **Approval for the District Court Clerk to Issue a Writ of Garnishment, Writ of**

2 **Garnishment; Instructions to the Garnishee**, **Notice of Post-Judgment Clerk's**

3 **Garnishment; Instructions to Defendant-Judgment Debtor** and **Notice to Defendant-**

4 **Judgment Debtor on How to Claim Exemptions** were sent to defendant by mail at her last

5 known address and to the garnishee by personal service on **May 13, 2008**.

6

7                                                          LEONARDO M. RAPADAS
                                                         United States Attorney
8                                                          Districts of Guam and the NMI

9

10 DATED:    05/16/08            By:    /s/ Jessica F. Cruz
                                              JESSICA F. CRUZ
11                                             Assistant U.S. Attorney
                                              Jessica.F.Cruz@usdoj.gov
12                                             MIKEL W. SCHWAB
                                              Assistant U.S. Attorney
13                                             mikel.schwab@usdoj.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    - 2 -